UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>      Plaintiff,<br><br>  v.<br><br>Hallie Cotrell, in her individual and representative capacity as Trustee-- Cotrell Family Trust;<br>Larry C Lenschmidt; and Does 1-10,<br><br>      Defendants | Case: 2:14-CV-01511-JAM-DAD<br><br>**NOTICE OF DISMISSAL & ORDER THEREON** |

## **ORDER**

Having read the foregoing notice and good cause appearing therefore, the entire case is hereby ordered dismissed with prejudice.

Dated: 10/8/2014       /s/ John A. Mendez_____
                      HONORABLE JOHN A. MENDEZ
                      UNITED STATES DISTRICT COURT JUDGE